**LINCOLN SQUARE LEGAL SERVICES, INC.**

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel 212-636-6934
Fax 212-636-6923

May 26 2020

**Via ECF**
Honorable Jesse M. Furman
United State District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1105
New York, NY 10007

    Re: **United States of America v. Sergejs Logins**
          S8 16 Cr. 692 (JMF)

Your Honor:

    We write to request that the Court extend Mr. Logins's surrender date, now set for May 29, *see* ECF ## 464 & 472, to June 30. The Government consents to this request. The circumstances that led to Mr. Logins's release persist, and Mr. Logins has complied with his release conditions. Mr. Logins, and the community, are safest if he remains on pretrial release, and he poses no risk of flight. Mr. Logins's sentence is currently scheduled for July 30, 2020.

    We appreciate the Court's attention to this request.

Respectfully submitted,

_____/s/_____
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.
*Attorneys for Mr. Sergejs Logins*

cc:   Matthew Hellman, Esq.
      *Assistant United States Attorney*
      By Email

Application GRANTED. Defendant shall surrender to the U.S. Marshal at 500 Pearl Street by 2 p.m. on July 10, 2020, unless the Court finds prior to that date — pursuant to a letter motion filed by Defendant — that "compelling" reasons still exist to extend the Defendant's release. The Clerk of Court is directed to terminate ECF No. 480. SO ORDERED.

*[signature]*

May 26, 2020