LINCOLN SQUARE LEGAL SERVICES, INC. | Fordham University School of Law / 150 West 62nd Street, Ninth Floor / New York, NY 10023 | Tel 212-636-6934 / Fax 212-636-6923

July 6, 2020

**Via ECF**
Honorable Jesse M. Furman
United State District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1105
New York, NY 10007

Application GRANTED.  The Clerk of Court is directed to terminate Doc. #491.  SO ORDERED.

July 7, 2020

    Re:   **United States of America v. Sergejs Logins**
            **S8 16 Cr. 692 (JMF)**

Your Honor:

    We write to request that the Court extend Mr. Logins's surrender date, now set for July 10, *see* ECF ## 482, to August 10.  The Government consents to this request.  The compelling circumstances that led to Mr. Logins's release persist,[1] and Mr. Logins has complied with his release conditions.  Mr. Logins, and the community, are safest if he remains on pretrial release, and he poses no risk of flight.

    We appreciate the Court's attention to this request.

                                                              Respectfully submitted,

                                                             /s/
                                                         Michael W. Martin
                                                         Ian Weinstein
                                                         Lincoln Square Legal Services, Inc.
                                                          *Attorneys for Mr. Sergejs Logins*

cc:    Matthew Hellman, Esq.
        *Assistant United States Attorney*
        By Email and ECF

---

[1] If the Court would prefer counsel to elaborate on the compelling circumstances that are particular to Mr. Logins, as well as to his last facility of incarceration, the Metropolitan Detention Center, we are prepared to do so.