LINCOLN SQUARE LEGAL SERVICES, INC. | Fordham University School of Law  150 West 62nd Street, Ninth Floor  New York, NY 10023 | Tel 212-636-6934  Fax 212-636-6923

October 5, 2020

**Via ECF**
Honorable Jesse M. Furman
United State District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1105
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. # 506. SO ORDERED.

[signature]

Re: **United States of America v. Sergejs Logins**
**S8 16 Cr. 692 (JMF)**

October 6, 2020

Your Honor:

  We write to request that the Court extend Mr. Logins's surrender date, now set for October 10, *see* ECF #496, to November 10. The Government consents to this request. The compelling circumstances that led to Mr. Logins's release persist,[1] and Mr. Logins has complied with his release conditions. As the past six months have shown, Mr. Logins, and the community, are safest if he remains on pretrial release, and he poses no risk of flight.

  We appreciate the Court's attention to this request.

Respectfully submitted,

  /s/
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.
*Attorneys for Mr. Sergejs Logins*

cc: Matthew Hellman, Esq.
  *Assistant United States Attorney*
  By Email and ECF

---

[1] If the Court would prefer counsel to elaborate on the compelling circumstances that are particular to Mr. Logins, as well as to his last facility of incarceration, the Metropolitan Detention Center, we are prepared to do so.