**LINCOLN SQUARE LEGAL SERVICES, INC.**

| Fordham University School of Law | Tel 212-636-6934
| 150 West 62nd Street, Ninth Floor | Fax 212-636-6923
| New York, NY 10023 |

March 17, 2021

**By ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1105
New York, NY 10007

Re: **United States of America v. Sergejs Logins** (USA v. Mors 1:16-cr-00692-JMF)
    S8 16 Cr. 692 (JMF)

Dear Judge Furman:

    We represent Sergejs Logins in the above-referenced matter, and write to affirm Mr. Logins's desire for the sentencing to proceed as scheduled on March 30, 2021. We also respectfully request the Court permit the March 30 proceeding be conducted remotely. The Government is prepared to move forward with sentencing, and does not object to the proceedings being held remotely. Mr. Logins waives his right to an in-person appearance.

    Mr. Logins intends to seek a time-served sentence, and the record here reflects that such a sentence is a possibility. Accordingly, any delay resulting from an in-person proceeding or an adjournment could unnecessarily subject Mr. Logins to further detention and fails to serve the ends of justice. As Mr. Logins is currently detained at the MDC (register number: 86559-054), he would be required to quarantine following an in-court appearance. A remote proceeding would allow Mr. Logins to avoid the quarantine process and any negative psychological side-effects that may result.

    In the event that the proceeding needs to be held at a different time, all counsel are available anytime during the week of March 30, 2021 except for Tuesday from 8:00 AM to 2:00 PM and Wednesday from 4:00 PM to 5:30 PM. We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Michael W. Martin
Michael W. Martin, Esq.
Lincoln Square Legal Services, Inc.
150 West 62nd Street, 9th Floor
New York, New York 10023
t: (212) 636-6934
f: (212) 636-6923
mwmartin@lsls.fordham.edu

cc:    Matthew Hellman, Esq.
       Emily Johnson, Esq.
       Daniel Nessim, Esq.
       Assistant United States Attorneys
       **By ECF and Email**

Sentencing will be conducted remotely and is ADJOURNED to April 1, 2021, at 9 a.m. (assuming that the Court's request for that videoconference slot is granted). SO ORDERED.

March 18, 2021