UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
:
:  CONSENT PRELIMINARY
- v. - : ORDER OF FORFEITURE/
: MONEY JUDGMENT
SERGEJS LOGINS, :
: S8 16 Cr. 692 (JMF)
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about June 29, 2018, SERGEJS LOGINS, (the "Defendant") was charged in a two-count Superseding Indictment, S8 16 Cr. 692 (JMF) (the "Indictment") with conspiracy to a wire fraud and bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One) and conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Two).

WHEREAS, the Indictment included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to (i) Title 18, United States Code, Section 981 (a)(1)(C) and Title 28, United States Code, Section 2461(c) of any and all property constituting, or derived from, any proceeds traceable to the commission of the wire fraud conspiracy offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the wire fraud conspiracy offense charged in Count One of the Indictment and (ii) Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of the bank fraud conspiracy offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the bank fraud conspiracy offense charged in Count One of the Indictment;

WHEREAS, the Indictment included a second forfeiture allegation as to Count Two seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real or personal, involved in the offenses charged in Count Two of the Indictment, or any property traceable to such property, including but not limited to, a sum of money in United States currency representing the amount of property;

WHEREAS, on or about May 29, 2019, the Defendant pled guilty to Counts One and Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Indictment and agreed to forfeit to the United States pursuant to (i) Title 18, United States Code, Section 981(a)(1)(C) and 982(a)(2)(A) and Title 28, United States Code, Section 2461(c), a sum of money, representing the amount of proceeds traceable to the commission of the offenses charged in Count One that the Defendant personally obtained;  and (ii)  Title 18, United States Code, Section 982(a)(1), a sum of money in United States currency representing property involved in the offenses charged in Count Two of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $5000.00 in United States currency, representing (i) the amount of proceeds traceable to the offenses charged in Count One of the Indictment that the Defendant personally obtained and (ii) the property involved in the offenses charged in Count Two of the Indictment; and

WHEREAS, as a result of the acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained and the property involved in Count Two of the Indictment cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney Daniel G. Nessim of counsel, and the Defendant, and his counsel, Michael W. Martin, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $5000.00 in United States currency (the "Money Judgment"), representing (i) the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained and (ii) the property involved in Count Two of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, SERGEJS LOGINS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the "United States Marshals Service" and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. This Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____*Daniel Nessim*_____  3/30/2021
Daniel G. Nessim                        DATE
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007
212-637-2486

SERGEJS LOGINS

By: _____*Sergejs Logins*_____ (as authorized by counsel to sign)  4/1/2021
SERGEJS LOGINS                                                      DATE

By: _____*Michael W. Martin*_____  4/1/2021
Michael W. Martin, Esq.              DATE
150 W. 62nd Street, 9th Floor
New York, NY  10023
Tel.: (212) 636-6923

SO ORDERED:

_____  April 1, 2021
HONORABLE JESSE M. FURMAN           DATE
UNITED STATES DISTRICT JUDGE